## HILL v. STATE.
### No. 13625.

Court of Criminal Appeals of Texas.
May 28, 1930.

Rehearing Denied June 18, 1930.

A. C. Chrisman, of Cleburne, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

Court of Criminal Appeals of Texas.
May 28, 1930.

Rehearing Denied June 18, 1930.

A. C. Chrisman, of Cleburne, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

**LATTIMORE, J.**

Conviction for selling intoxicating liquor; punishment, one year in the penitentiary.

Upon his trial herein appellant pleaded guilty, but for some reason gave notice of appeal. The record is here without bills of exception or statement of facts. All procedure steps taken appear regular.

The judgment will be affirmed.